## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | | |
|---|---|---|
| PENNLYCO, LTD. | : | No. 138 MAL 2016 |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| INTERNATIONAL DEVELOPMENT CORPORATION | : | |
| | : | |
| PENNLYCO, LTD. | : | |
| | : | |
| v. | : | |
| | : | |
| SOUTHWESTERN ENERGY PRODUCTION COMPANY | : | |
| | : | |
| PETITION OF: PENNLYCO, LTD. | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.